UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH WILLIAM DROPALSKI,<br><br>               Petitioner,<br><br>    v.<br><br>BELINDA STEWART,<br><br>               Respondent. | Case No.  C06-5697 FDB/KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to petitioner.

DATED this 20th day of December, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1