UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH WILLIAM DROPALSKI,

        Petitioner,

    v.

BELINDA STEWART,

        Respondent.

Case No. C06-5697 FDB

ORDER GRANTING
PETITIONER'S MOTION FOR
EXTENSION OF TIME TO FILE
OBJECTION TO  REPORT AND
RECOMMENDATION

The Magistrate Judge recommends Petitioner's habeas corpus petition be denied and dismissed with prejudice as barred by the statute of limitations, 28 U.S.C. § 2244(d).  Petitioner request an extension of time to file an objection to the Report and Recommendation.

The Court, having reviewed Petitioner's motion, and the remaining record, does hereby find and ORDER:

(1)    Petitioner's motion for extension of time [Dkt. #21] is **GRANTED**.

(2)    Petitioner's Objection, if any, to the Report and Recommendation shall be filed no later than May, 21, 2007.

(3)    The Report and Recommendation is renoted for consideration on May 25, 2007.

ORDER - 1

(3)     The Clerk is directed to send copies of this Order to Petitioner, counsel for

Respondent, and to the Hon. Karen L. Strombom.


DATED this 19th day of April, 2007.


FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE


ORDER - 2