1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH WILLIAM DROPALSKI,

        Petitioner,

   v.

BELINDA STEWART,

        Respondent.

Case No. C06-5697 FDB

ORDER ADOPTING REPORT AND
RECOMMENDATION DENYING
WRIT OF HABEAS CORPUS AND
DISMISSING PETITION WITH
PREJUDICE

     The Magistrate Judge recommends this habeas corpus petition be denied and dismissed with prejudice as barred by the statute of limitations, 28 U.S.C. § 2244(d).  As detailed by the Magistrate Judge, the one-year statute of limitations has run and the habeas corpus petition is time-barred.

     On April 19, 2007, this Court granted Petitioner additional time to file objections to the Report and Recommendation.  Petitioner filed  objections on May 23, 2007.  Petitioner's assertion that he is entitled to "gap tolling" and/or relief from the federal habeas corpus statute of limitations contained in the Antiterrorism and Effective Death Penalty Act, 28 U.S.C. 2244(d), is unpersuasive.

     The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Magistrate Judge Karen L. Strombom, Petitioner's Objection, and the remaining record, does hereby find and ORDER:

     (1)    The Court adopts the Report and Recommendation;

ORDER - 1

1      (2)     Petitioner's writ of habeas corpus [Dkt. # 5] is **DENIED** and **DISMISSED WITH**

2           **PREJUDICE**; and

3      (3)     The Clerk is directed to send copies of this Order to Petitioner, counsel for

4           Respondent, and to the Hon. Karen L. Strombom.

6      DATED this 1st day of June, 2007.

                                        _____

10           FRANKLIN D. BURGESS
           UNITED STATES DISTRICT JUDGE

26  ORDER - 2