# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOSEPH WILLIAM DROPALSKI

       v.

BELINDA STEWART

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C06-5697FDB

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Petitioner's writ of habeas corpus [Dkt. #5] is **DENIED** and **DISMISSED WITH PREJUDICE**.

    June 4, 2007                                                                              BRUCE RIFKIN
Date                                                                                                         Clerk

                                                                                                        *s/CM Gonzalez*
                                                                                                        Deputy Clerk