UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH WILLIAM DROPALSKI,

Petitioner,

v.

BELINDA STEWART,

Respondent.

Case No. C06-5697 FDB

ORDER DENYING CERTIFICATE OF APPEALABILITY

This matter comes before the Court on petition for certificate of appealability.

On June 1, 2007, this Court denied Petitioner's post-conviction habeas corpus petition as time barred. Petitioner has filed a notice of appeal of that Order which this Court placed on the calendar as a petition for certificate of appealability.

A court will issue a certificate only when a petitioner has made "a substantial showing of the denial of a constitutional right ." 28 U.S.C. § 2253(c)(2). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000). A petition dismissed on procedural grounds has two components, one directed at the underlying constitutional claims and one directed at the district court's procedural holding. Id., at 484-85. Where the district court dismisses a petition on procedural grounds, a certificate of appealability "should issue when the

ORDER - 1

prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Id, at 484.

Petitioner has not met this burden. Petitioner's assertion that he is entitled to "gap tolling" and/or relief from the federal habeas corpus statute of limitations contained in the Antiterrorism and Effective Death Penalty Act, 28 U.S.C. 2244(d), is unpersuasive. The procedural bar is not debatable and Petitioner cannot demonstrate cause or actual prejudice. Additionally, it is not debatable that Petitioner cannot demonstrate actual innocence. Petitioner fails to set forth a debatable claim as to either a procedural bar or denial on the merits.

ACCORDINGLY;

The Certificate of Appealability is **DENIED.**

DATED this 13th day of July, 2007.

/s/ Franklin D. Burgess

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2